UNITED STATES of America, Plaintiff–Appellee

v.

Kenneth Eugene MOORE, Defendant–Appellant.

No. 11–50603
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 17, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

---

Philip J. Lynch, Assistant Federal Public Defender, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Kenneth Eugene Moore raises arguments that he concedes are foreclosed by *United States v. Hernandez,* 633 F.3d 370, 374 (5th Cir.), *cert. denied,* —— U.S. ——, 131 S.Ct. 3006, 180 L.Ed.2d 832 (2011), which held that a sentence within the statutory maximum that is based upon judge-found facts does not violate the Sixth Amendment. The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.